UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Humberto Perez, <br><br> Petitioner <br><br> v. <br><br> Pamela Bondi, et al., <br><br> Respondents | Case No.: 2:25-cv-02390-CDS-BNW <br><br> **Order Directing <br> Service of the Petition and <br> Appointing Counsel** <br><br> [ECF No. 1] |

Petitioner Humberto Perez, immigration detainee, has filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion to appoint Federal Public Defender. ECF Nos. 1, 2. First, I find that the appointment of counsel is in the interests of justice, given, among other things, the complexities of this case.[1] Following a preliminary review of the petition, I direct that the petition be served on the respondents and direct the respondents to file a response.

It is hereby ordered that the motion for appointment of counsel **[ECF No. 1] is granted**. The Federal Public Defender for the District of Nevada is appointed to represent petitioner Humberto Perez. If the FPD is unable to represent the petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed. In either case, counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

It is further ordered that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 2) and this order to the U.S. Marshal for service.

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 2) and this order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.Criste@usdoj.gov, Summer.Johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 2) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    (a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

    (b) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

    (c) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

    (d) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

    (e) Michael Bernacke, U.S. Immigration Customs Enforcement and Removal Operations, 501 S. Las Vegas Blvd. Ste 200, Las Vegas, NV 89101

It is further ordered that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 2) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for the respondents file a notice of appearance by December 12, 2025, and file and serve their response to the petition by December 24, 2025, unless additional time is allowed for good cause shown.

It is further ordered that Perez has 7 days following the filing of the response to file a reply.

Dated: December 9, 2025

_____
Cristina D. Silva
United States District Judge

3